UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD K. SHIGEMURA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:07-CV-459 (CEJ) |
| ) | |
| JIM MOORE, ) | |
| ) | |
| Respondent. ) | |

### ORDER

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler, to whom the matter was referred pursuant to 28 U.S.C. § 636(b).  On August 29, 2007, Judge Medler issued a Report and Recommendation, recommending that the petition of Edward K. Shigemura for a writ of habeas corpus under 28 U.S.C. § 2254 be denied.  No objections to the magistrate judge's Report and Recommendation were filed and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler [#19] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Edward K. Shigemura for habeas corpus relief [#1] is **denied**.

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the Court will not issue a certificate of appealability. See <u>Cox v. Norris</u>, 133 F.3d 565, 569 (8th Cir. 1997).

A separate judgment in accordance with this order will be entered this same date.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2007.